SERENA M. WARNER, ESQ., SB No. 264799
　Email: swarner@akk-law.com
JACOB J. GRAHAM, ESQ. No. 340295
　Email: jgraham@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendant COUNTY OF LASSEN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MCDOWELL,<br><br>　　　　Plaintiff,<br><br>　　　vs.<br><br>COUNTY OF LASSEN,<br><br>　　　　Defendant. | Case No.: 2:23-cv-01007-DJC-DMC<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO FILE JOINT STATUS REPORT** |

　　　Whereas, the Complaint by Timothy McDowell against Defendant County of Lassen was filed on May 26, 2023, and served on Defendant on June 19, 2023;

　　　Whereas, Plaintiff filed a First Amended Complaint on July 7, 2023, and Defendant filed a motion to dismiss to the First Amended Complaint on July 21, 2023;

　　　Whereas, Defendant's motion to dismiss has not been ruled on and the pleadings have not been fully settled yet;

　　　Whereas, a joint status report filed after the pleadings are settled would provide a more accurate and comprehensive overview of the parties' discovery plan;

　　　Whereas, the initial case management order requires the parties to submit a joint status report within sixty (60) days of service of the complaint;

The parties hereby request an extension of time to file the joint status report within thirty (30) days after the Defendant files its answer.

Dated: August 18, 2023                ANGELO, KILDAY & KILDUFF, LLP

                                                     /s/ Jacob J. Graham
By: _____
SERENA M. WARNER
JACOB J. GRAHAM
Attorneys for Defendant COUNTY OF LASSEN

Dated: August 18, 2023                PERKINS ASBILL, A PROFESSIONAL LAW CORPORATION

                                        /s/ Natalia Asbill-Bearor
(As Authorized on 8/18/2023)
By: _____
NATALIA ASBILL-BEAROR
Attorneys for Plaintiff TIMOTHY MCDOWELL

**ORDER**

IT IS HEREBY ORDERED that the parties shall file the joint status report no later than thirty (30) days from the date the Defendant files its answer.

Dated: August 18, 2023                /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE