SERENA M. WARNER, ESQ., SB No. 264799
  Email: swarner@akk-law.com
JACOB J. GRAHAM, ESQ. No. 340295
  Email: jgraham@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants COUNTY OF LASSEN (also sued as COUNTY OF LASSEN SHERIFF's OFFICE) and RICHARD EGAN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MCDOWELL,<br><br>                    Plaintiff,<br><br>         vs.<br><br>COUNTY OF LASSEN,<br><br>                    Defendant. | Case No.: 2:23-cv-01007-DJC-DMC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

1. Pursuant to Local Rule 144(a), the parties hereby stipulate to extend the time for Defendants COUNTY OF LASSEN (also sued as COUNTY OF LASSEN SHERIFF's OFFICE) and RICHARD EGAN to answer to the Second Amended Complaint (ECF No. 23, the "SAC") of Plaintiff TIMOTHY MCDOWELL as follows:

## **STIPULATION**

1. WHEREAS, Plaintiff filed a Second Amended Complaint on November 9, 2023.

2. WHEREAS, on March 4, 2024, Plaintiff was granted thirty (30) days to file a third amended complaint. See ECF No. 23.

3. WHEREAS, Plaintiff's deadline to file the third amended complaint passed on April 3, 2024.

4. WHEREAS, on April 8, 2024, the Court ordered Defendants to answer or otherwise respond to the Second Amended Complaint within fourteen (14) days. See ECF No. 25.

5. WHEREAS, Defendants intend to file their answer to the Second Amended Complaint, but their contact with the sheriff's office is unavailable until April 29, 2024, and thus information necessary to respond to some of the allegations in the Second Amended Complaint is unavailable until that time.

6. WHEREAS, Defendants require additional time beyond the current deadline of April 22, 2024, to adequately respond to some of the allegations in the Second Amended Complaint.

Accordingly, if the Court so approves, the parties hereby stipulate that Defendants' deadline to answer to the Second Amended Complaint is extended from April 22, 2024, to May 6, 2024.

**IT IS SO STIPULATED.**

Dated: April 23, 2024                   ANGELO, KILDAY & KILDUFF, LLP

                                                              */s/ Jacob J. Graham*
By: _____
    SERENA M. WARNER
    JACOB J. GRAHAM
    Attorneys for Defendants COUNTY OF

1 | LASSEN and RICHARD EGAN

Dated: April 23, 2024

ASBILL LAW GROUP, A PROFESSIONAL LAW CORPORATION

*/s/ Natalia Asbill-Bearor*
(As Authorized on 4/22/2024)
By: _____
NATALIA ASBILL-BEAROR
Attorneys for Plaintiff TIMOTHY MCDOWELL

# ORDER

IT IS HEREBY ORDERED that Defendants' deadline to answer to the Second Amended Complaint is extended from April 22, 2024, to May 6, 2024.

**IT IS SO ORDERED**.

Dated: April 23, 2024            /s/ Daniel J. Calabretta
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE