SERENA M. WARNER, ESQ., SB No. 264799
  Email: swarner@akk-law.com
JACOB J. GRAHAM, ESQ. No. 340295
  Email: jgraham@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants COUNTY OF LASSEN (also sued as COUNTY OF LASSEN SHERIFF'S OFFICE) and RICHARD EGAN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MCDOWELL, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF LASSEN, <br><br> Defendant. | Case No.: 2:23-cv-01007-DJC-DMC <br><br> **REVISED STIPULATION AND ORDER TO MODIFY THE PRETRIAL SCHEDULING ORDER TO EXTEND DISCOVERY DEADLINES** |

THE PARTIES, by and through their respective counsel and subject to the approval of this Court, hereby stipulate and respectfully request to modify the following deadlines set forth in this Court's Pretrial Scheduling Order of May 31, 2024 (ECF. No. 31):

- That the Fact Discovery deadline currently set for April 4, 2025 be moved to July 31, 2025;
- That the Expert Witness Designation deadline currently set for May 2, 2025 be moved to August 28, 2025;
- That the Supplemental Disclosure deadline currently set for May 30, 2025 be moved to September 25, 2025;
- That the Expert Discovery deadline currently set for June 27, 2025 be moved to October 23, 2025;
- That the Dispositive Motion deadline currently set for September 5, 2025 be moved to November 14, 2025.
- That the Hearing on Dispositive Motions currently set for October 30, 2025 at 1:30 p.m. be moved to January 8, 2026 at 1:30 p.m.
- That the Final Pre-trial Conference currently set for January 15, 2026 at 1:30 p.m. be moved to April 23, 2026 at 1:30 p.m.;
- That the Trial set currently set for March 9, 2026 at 8:30 a.m. to be moved to June 15, 2026 at 8:30 a.m.

The parties stipulate to and request this modification of the Pretrial Scheduling Order as to the discovery cut-off, expert witness disclosures, dispositive motion deadlines, final pre-trial conference date, and trial date for the following reasons, which constitute good cause pursuant to Section X of the Pretrial Scheduling order and FRCP 16(b):

- There have been no prior requests for extension by the Parties.
- Written discovery in this case has involved compiling comparative evidence related to Plaintiff's disparate treatment theory, which has required additional time to evaluate and respond to.
- Depositions have not yet occurred but are anticipated and will require preparation and

flexibility in scheduling.

- The current fact discovery deadline does not provide sufficient time to complete these tasks, given counsels' schedules.
- Other deadlines are being adjusted accordingly to align with the proposed fact discovery deadline extension.

**IT IS SO STIPULATED.**

Dated:  March 13, 2025               ANGELO, KILDAY & KILDUFF, LLP

                                              */s/ Jacob J. Graham*
                                     By: _____
                                           SERENA M. WARNER
                                           JACOB J. GRAHAM
                                           Attorneys for Defendants COUNTY OF
                                           LASSEN and RICHARD EGAN

Dated:  March 13, 2025               ASBILL LAW GROUP, A PROFESSIONAL
                                     LAW CORPORATION

                                              */s/ Natalia Asbill-Bearor*
                                           (As Authorized on 3.12.25)
                                     By: _____
                                           NATALIA ASBILL-BEAROR
                                           Attorneys for Plaintiff TIMOTHY
                                           MCDOWELL

**ORDER**

IT IS HEREBY ORDERED:

- Fact Discovery deadline be moved to July 31, 2025;
- Expert Witness Disclosure deadline be moved to August 28, 2025;
- Supplemental Expert Witness Disclosure deadline be moved to September 25, 2025
- That Expert Discovery Cutoff be moved to October 23, 2025;
- Deadline to file Dispositive Motions be moved to November 14, 2025;
- Hearing date for Dispositive Motions be moved to January 8, 2026 at 1:30 p.m.;
- Final Pretrial Conference be moved to April 23, 2026 at 1:30 p.m.;
- Jury Trial be moved to June 15, 2026 at 8:30 a.m.

**IT IS SO ORDERED**.

Dated:  March 13, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE