Natalia D. Asbill-Bearor, SBN: 281860
ASBILL LAW GROUP, APLC
100 Howe Ave., Suite 135S
Sacramento, CA 95825
Telephone: (916) 438-7777
Facsimile: (916) 403-5199
natalia@asbilllaw.com

Attorneys for Plaintiff
TIMOTHY MCDOWELL

Serena M. Warner, SBN: 264799
Jacob J. Graham, SBN: 340295
ANGELO, KILDAY & KILDUFF, LLP
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263
swarner@akk-law.com
jgraham@akk-law.com

Attorneys for Defendants
COUNTY OF LASSEN,
LASSEN COUNTY SHERIFF'S OFFICE
and RICHARD EGAN

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MCDOWELL,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF LASSEN, et al.,<br><br>　　Defendants. | Case No.: 2:23-cv-01007-DJC-DMC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

///
///
///

-1-
STIPULATION FOR DIMISSAL

Asbill Law Group
100 Howe Ave.
Suite 135S
Sacramento, CA 95825
916.438.7777
www.asbilllaw.com

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the Dismissal with Prejudice of this action, including all claims stated herein against all parties, with each party bearing its own attorney's fees and costs.

Respectfully Submitted,

Dated: September 23, 2025

ASBILL LAW GROUP, A PROFESSIONAL LAW CORPORATION

By: */s/ Natalia Asbill-Bearor*
NATALIA ASBILL-BEAROR
Attorneys for Plaintiff TIMOTHY MCDOWELL

Dated: September 23, 2025

ANGELO, KILDAY & KILDUFF, LLP

By: */s/ Jacob J. Graham*
(As Authorized on 9/23/2025)
SERENA M. WARNER
JACOB J. GRAHAM
Attorneys for Defendants COUNTY OF LASSEN and RICHARD EGAN

**IT IS SO ORDERED.**

Dated: September 23, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

Asbill Law Group
100 Howe Ave.
Suite 135S
Sacramento, CA 95825
916.438.7777
www.asbilllaw.com

-2-
STIPULATION FOR DIMISSAL